# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Yeat Peng Tan | * |
|     Plaintiff(s) | * |
| vs. | *    Civil Case No.: 8:24−cv−00051−TJS |
| JD Construction and Property Management, Corp, et al. | * |
|     Defendant(s) | * |

## SHOW CAUSE ORDER

    Pursuant to Standing Order 2018−04, this case was assigned to a United States Magistrate Judge for all proceedings and each party was notified to file a consent or declination within fourteen (14) days after service and entry of appearance. Yeat Peng Tan has not filed a consent or declination and more than fourteen (14) days have passed since notice was issued. Thereby, it is hereby

    ORDERED that Yeat Peng Tan is to appear before the designated Chambers Judge on 2/23/2024 at 2:00 p.m. to show cause, if any, why Yeat Peng Tan did not file a consent or declination. Yeat Peng Tan should proceed to the Clerk's Office to determine the location of the hearing on the scheduled date; and it is further

    ORDERED that this Order shall be vacated if Yeat Peng Tan files a consent or declination prior to the show cause hearing date.

Date: <u>January 24, 2024</u>                 _____/s/_____
                                                                      Timothy J. Sullivan
                                                                      United States Magistrate Judge