February 13, 2024

ZEN Partners Construction Corp.

2513 Bailey's Pond Dr.

Accokeek, MD 20607

RE: Civil Action No.: 8-24-cv-00051

To Whom It May Concern:

    We are respectfully requesting the United States District Court for the District of Maryland to grant an extension for our answer to the civil case 8-24-cv-00051. We only recently received noticed of the complaint and would like a continuance in order to secure legal representation. We have already engaged several firms and are in the process of selecting one.  Additionally, we deny the allegations stated within the complaint. Please let us know if there is anything else we need to do while we finalize our selection. We can be best reached at (571) 241 – 5871 or at hocheung480@gmail.com.

Sincerely,

Ho Cheung

ZEN Partners Construction Corp.

2/13/2024