UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Yeat Peng Tan                                          :
                                                       :
       Plaintiff                                      :
                                                       :
       v.                                             :     8-24-cv-00051
                                                       :
JD Construction Property Management,                   :
Corp, et al                                            :
                                                       :
       Defendant                                      :
                                                       :

**TAN'S NOTICE LETTER REQUESTING CONSENT TO FILE A CLERK'S DEFAULT**

      Comes now Yeat Peng Tan, Plaintiff, by and through undersigned counsel, and files this notice letter requesting consent to: file a motion for a clerk's default, on the grounds hereinafter stated:

      1. The Defendants were served with a copy of: the complaint, summons, and consent to proceed before a Magistrate Judge, in this case, on January 29, 2024. The affidavits of service were filed on: February 2, 2024.

      2. The Defendants, on February 20, 2024, filed a letter seeking an extension of time to respond, to Plaintiff's complaint. **Exhibit # 1.** The Court denied the request. **Exhibit # 2.** The Court, in its order, informed the Defendants what they had to do to obtain an extension of time' but twenty (22) days later they've failed to comply with the Court's order.

      3. Plaintiff seeks permission to file a motion, for a clerk's default, because the time, for the Defendants, to respond, to the complaint, has expired.

      **WHEREFORE THE PREMISES CONSIDERED**, Plaintiff prays that the Court will grant this notice letter.

1

Respectfully submitted,

*s/s Wendell C. Robinson, Esq.*
7600 Georgia Ave. N.W., Suite 203
Washington, D.C. 20012
202-223-4470 office, 202-726-9060 fax
Washington, D.C. 20012

**Certificate of Service**

I certify that a copy of this notice letter, with exhibits, was mailed, to the Defendants, at:

2513 Bailey's Pond Dr., Accokeek, Md. 20607, on this 15th day of March 2024.

*s/s Wendell C. Robinson*

February 13, 2024

**ZEN Partners Construction Corp.**

2513 Bailey's Pond Dr.

Accokeek, MD 20607

RE: Civil Action No.: 8-24-cv-00051

**Exhibit # 1**

To Whom It May Concern:

We are respectfully requesting the United States District Court for the District of Maryland to grant an extension for our answer to the civil case 8-24-cv-00051. We only recently received noticed of the complaint and would like a continuance in order to secure legal representation. We have already engaged several firms and are in the process of selecting one. Additionally, we deny the allegations stated within the complaint. Please let us know if there is anything else we need to do while we finalize our selection. We can be best reached at (571) 241 – 5871 or at hocheung480@gmail.com.

Sincerely,

Ho Cheung

ZEN Partners Construction Corp.

2/13/2024



**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**
OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

February 20, 2024

Ho Cheung
2513 Bailey's Pond Dr.
Accokeek, MD 20607

**Exhibit # 2**

Re:   Case No. 8:24-cv-00051-TJS

Dear Counsel/Party:

The Clerk received your Correspondence on February 16, 2024; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**
☐ Member of bar has not signed the document.
☒ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**
☐ Certificate of service not affixed to document.
☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**
☐ Discovery materials should not be filed unless in support of a motion or by court order.
☐ Discovery motion filed contrary to L.R. 104.7.
☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**
☐ Document does not contain original signature.
☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.
☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.
☐ Other:

/s/                                             2/20/2024
Timothy J. Sullivan                    Date
United States Magistrate Judge

cc:  Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov