# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

Yeat Peng Tan                                    :
                                                 :
            Plaintiff                            :
                                                 :
        v.                                       :       Civil Action No: 24-cv-000051
                                                 :
Zen Partners Construction Corp, et al            :
                                                 :
        Defendants                               :
                                                 :

## MOTION FOR CLERK'S DEFAULT

Comes now Yea Peng Tan, Plaintiff, by and through undersigned counsel, and files this motion for a clerk's default, on the grounds hereinafter stated.

1. The Defendants were served with a copy of: the Plaintiff's complaint, summons, and consent to proceed before a Magistrate Judge, in this case, on January 29, 2024. The affidavits of service were filed on: February 2, 2024.

2. The Defendants, on February 20, 2024, filed a letter seeking an extension of time to respond to Plaintiff's complaint. **Exhibit # 1.**  The Court denied their request. **Exhibit # 2.**  The Court, in its order, informed the Defendants what they had to do to obtain an extension of time, to respond to the Plaintiff's complaint, but twenty (22) days later they've failed to do so.

3. Plaintiff seeks a clerk's default because the Defendants have failed to respond to her complaint within the prescribed time. They've also failed to comply with this Court's order informing them of what they had to do to obtain an extension of time to: respond to the Plaintiff's complaint, and the time for responding, to Plaintiff's complaint, has expired.

**WHEREFORE THE PREMISES CONSIDERED**, Plaintiff request the entry of a Clerk's Default, against the Defendants.

1

Respectfully submitted,

**_s/s Wendell C. Robinson, Esq_**.
7600 Georgia Ave. N.W., Suite 203
Washington, D.C. 20012
202-223-4470 office, 202-726-9060 fax
grindstonelaw@aol.com

## Certificate of Service

I certify that a copy of this motion, with exhibits, was mailed, postage prepaid, to the

Defendants, at: 2513 Bailey's Pond Dr., Accokeek, Md. 20607, on this 18th day of March 2024.

**_s/s Wendell C. Robinson_**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Yeat Peng Tan                                    :
                                                 :
          Plaintiff                              :
                                                 :
          v.                                     :          Civil Action No: 24-cv-000051
                                                 :
Zen Partners Construction Corp, et al            :
                                                 :
          Defendants                             :

## POINTS AND AUTHORITIES

The Plaintiff submits the following points and authorities in support of this motion.

1. Federal Rule of Civil Procedure 12 and 55.

2. Local Rule: 108.2.

          Respectfully submitted,

          *s/s Wendell C. Robinson, Esq*.
          7600 Georgia Ave. N.W., Suite 203
          Washington, D.C. 20012
          202-223-4470 office, 202-726-9060 fax
          grindstonelaw@aol.com

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Yeat Peng Tan                                       :
                                                    :
                Plaintiff                           :
                                                    :
        v.                                          :        Civil Action No: 24-cv-000051
                                                    :
Zen Partners Construction Corp, et al               :
                                                    :
            Defendants                              :

## ORDER

Upon consideration of the Plaintiff's motion, for a clerk's default, and any opposition

thereto, it is on this _____ day of_____ 2024,

**ORDERED**, that the motion is granted and a clerk's default is entered against the

defendants.

_____
**JUDGE**

**Copies to:**

Wendell C. Robinson, Esq.
Eserve

JD Construction Property Management Corp.
8456 Lanier Overlook Ct.
Bristol, Virginia 20136

Zen Partners Corporation
2513 Bailey's Pond Dr.
Accokeek, Maryland 20607

February 13, 2024

ZEN Partners Construction Corp.

2513 Bailey's Pond Dr.

Accokeek, MD 20607



RE: Civil Action No.: 8-24-cv-00051

# Exhibit # 1

To Whom It May Concern:

   We are respectfully requesting the United States District Court for the District of Maryland to

grant an extension for our answer to the civil case 8-24-cv-00051. We only recently received noticed of

the complaint and would like a continuance in order to secure legal representation. We have already

engaged several firms and are in the process of selecting one.  Additionally, we deny the allegations

stated within the complaint. Please let us know if there is anything else we need to do while we finalize

our selection. We can be best reached at (571) 241 – 5871 or at hocheung480@gmail.com.


                        Sincerely,

                        Ho Cheung

                        ZEN Partners Construction Corp.

                          2/13/2024



# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
David E. Ciambruschini, Chief Deputy

Reply to Southern Division Address

February 20, 2024

Ho Cheung
2513 Bailey's Pond Dr.
Accokeek, MD 20607

# Exhibit # 2

Re:    Case No. 8:24-cv-00051-TJS

Dear Counsel/Party:

The Clerk received your Correspondence on February 16, 2024; however, it is deficient in the area(s) checked below and is being returned to you.

**Noncompliance with L.R. 101 or 102**

☐ Member of bar has not signed the document.

☒ Business entities other than sole proprietorships must be represented by counsel.

**Noncompliance with L.R. 102 and FRCivP 5**

☐ Certificate of service not affixed to document.

☐ Certificate of service not dated and/or not signed.

**Noncompliance with L.R. 104 or 105**

☐ Discovery materials should not be filed unless in support of a motion or by court order.

☐ Discovery motion filed contrary to L.R. 104.7.

☐ Motion to compel filed contrary to L.R. 104.8.

**Miscellaneous**

☐ Document does not contain original signature.

☐ Document relates to more than one file. Original and appropriate copies are required for each file unless the cases have been consolidated for all purposes.

☐ Offer of judgment should not be filed with the Court until it has been accepted. Fed. R. Civ. P. 68.

☐ Other:

/s/                                              2/20/2024
Timothy J. Sullivan                      Date
United States Magistrate Judge

cc: Other counsel/party
Return pleading letter (Rev. 02/2011)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

Visit the U.S. District Court's Website at www.mdd.uscourts.gov