# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

YEAT PENG TAN

    Plaintiff      *

    v.      *      Civil No.: TJS 24-cv-00051

ZEN PARTNERS CONSTRUCTION CORP ET AL *

    Defendant

******

## ORDER OF DEFAULT

It appears from the records and/or affidavit of **Yeat Peng Tan** that the summons and Complaint were properly served upon the named Defendant, **JD Construction and Property Management, Corp** on **January 29th, 2024** and time for said Defendant to plead or otherwise defend expired on **February 19th, 2024**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

It also appears from the records and/or affidavit of **Yeat Peng Tan** that the summons and Complaint were properly served upon the Defendant, **Zen Partners Construction Corp** on **January 29th, 2024** time for said Defendant to plead or otherwise defend expired on **February 19th, 2024**, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this 15th day of April, 2024.

U.S. District Court (Rev. 1/2000) - Order of Default

                                                  CATHERINE STAVLAS, CLERK

By:           /s/
                     Maria Diaz, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default