# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

|  |  |  |  |
|---|---|---|---|
| Yeat Peng Tan | | * | |
| | Plaintiff(s) | * | |
| | | * | |
| | vs. | * | Civil Case No.: 8:24−cv−00051−TJS |
| | | * | |
| JD Construction and Property Management, Corp, et al. | | * | |
| | Defendant(s) | * | |

## NOTICE OF DEFAULT

**To JD Construction and Property Management, Corp:**

You are hereby notified that an order of default was entered against you in this Court on 4/15/2024. You have thirty (30) days from this date to file a motion to vacate the order of default. If you do not take action by this date, the Court will act promptly on any pending motions for entry of default judgment, which may result in a monetary judgment against you.

CATHERINE M. STAVLAS, CLERK

April 15, 2024                                   By: Maria T. Diaz
Date                                                    Deputy Clerk