UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| YEAT PENG TAN<br><br>v.<br><br>ZEN PARTNERS<br>CONSTRUCTION CORP, ET AL. | Case No. 8:24-cv-00051-LKG |

## **[PROPOSED] ORDER**

Upon review of Defendants' Motion to Dismiss it is hereby:

ORDERED that the Plaintiff's Complaint is dismissed, with prejudice, and without leave to amend.

_____
Judge