**Notice**                                    

Please be advised that business filings do not require additional representation and can be completed by the business owner. **Fully vet any unsolicited requests** for payment for services such as those listed below.

1. Solicitors who are not affiliated with SDAT are instructing newly registered businesses to send additional payment in order to obtain a Certificate of Status. Any 3rd party solicitation from a company attempting to represent the 'Maryland Secretary of State' or SDAT via mail or email should be fully vetted before submitting additional payment.

2. Solicitors who are not affiliated with SDAT are sending instructions to businesses entitled 'Annual Report Notice', in which they are asked to send $400 to file an Annual Report through a third party service called "Business Services". This notice is not affiliated with SDAT. You may report the letter to the Maryland Secretary of State, the Federal Trade Commission (FTC) at www.ftccomplaintassistant.gov, or the United States Postal Inspection Service at www.uspis.gov or 1-877-876-2455.



**Business Name:**

Zen Partners Construction Corp

**Search by:**

◉ Business Name
○ Department ID

⚠ *The business name you entered was not found. Try your search again.*

» Log in or create a user account to create a new business filing using this name.

Privacy - Terms

# JD CONSTRUCTION AND PROPERTY MANAGEMENT CORP: F14330484

**Department ID Number:**

F14330484

**Business Name:**

JD CONSTRUCTION AND PROPERTY MANAGEMENT CORP

**Principal Office:** 

8456 LANIER OVERLOOK CT

BRISTOW VA 20136

**Resident Agent:** 

HO CHEUNG

2513 BAILEYS POND RD.

ACCOKEEK MD 20607

**Status:**

REVIVED

**Good Standing:**

THIS BUSINESS IS IN GOOD STANDING

**Business Type:**

FOREIGN CORPORATION

**Business Code:**

03 ORDINARY BUSINESS - STOCK

**Date of Formation/ Registration:**

10/07/2011

**State of Formation:**

VA

**Stock Status:**

STOCK

**Close Status:**

N/A

**Exhibit # 2**

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 08/02/2019 | Check 210 | $10,500.00 | ██████████ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday – Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 3

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 02/26/2020 | Check 220 | $1,000.00 | ▇▇▇▇ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

YEAT PENG TAN                                              220

Date  2-25-2020

Pay to the Order of  Lei Partners Construction Corp          $ 1,000

One Thousand Dollar only.                        Dollars

PNCBANK
PNC Bank, N.A.   640

For  304 Frederick Ave (down payment 5%)

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 4

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 02/26/2020 | Check 221 | $46,000.00 | ▬▬▬▬▬ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 5

**PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 05/19/2020 | Check 227 | $23,000.00 | ▉▉▉▉▉ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

---

YEAT PENG TAN                                               227
▉▉▉▉▉▉▉▉                                                    15-3/540
                                                            504

                                        05-16-2020
                                                    Date

Pay to the
Order of   *Zen Contruction*                    $ 23,000

*Twenty Three Thousand  Dollars only.*          Dollars

**PNCBANK**
PNC Bank, N.A.  080

For  *304 Frederick Ave*              *Tony Jeffers*

---

For Deposit only,
FOR DEPOSIT ONLY
CREDIT TO THE ACCOUNT OF
THE WITHIN NAMED PAYEE
CITIBANK, N.A.

---

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 6

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 06/05/2020 | Check 228 | $11,500.00 | ▉▉▉▉▉▉ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 7

◉PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 01/05/2021 | Check 253 | $8,000.00 | ▬▬▬ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

YEAT PENG TAN                                      253
                                                   15-3/540
                                                   504

                              01·05·2021

Pay to the
Order of _Zen Construction_          | $ 8000

_Eight Thousand Dollars only._ ——— Dollars

◉PNCBANK

PNC Bank, N.A.   040

For _304 Frederick Ave_
_Rockville MD 20850_ 53/100

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 8

PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 06/07/2021 | Check 265 | $34,500.00 | ▆▆▆▆▆▆ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.

YEAT PENG TAN

265

Pay to the Order of _Zen Partners Construction Corp._   $ 34,500.00

_Thirty Four Thousand and Five Hundred only_ Dollars

**PNCBANK**
PNC Bank, N.A.   680

For _Sprand Insulation 15%_

06.07.2010

© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 9

**PNC** *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 06/01/2021 | Check 267 | $6,000.00 | |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

**Exhibit # 10**

PNC *Online Banking*

| Date | Description | Amount | Account |
|---|---|---|---|
| 06/03/2022 | Check 294 | $7,500.00 | |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 11

◎ PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 11/07/2022 | Check 399 | $8,500.00 | ▬▬▬▬ |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 12

© PNC *Online Banking*

| Date | Description | Amount | Account |
|------|-------------|--------|---------|
| 11/22/2022 | Check 9311 | $10,000.00 | |

This is an image of a check, substitute check, or deposit ticket. Refer to your posted transactions to verify the status of the item. For more information about image delivery click here or to speak with a representative call: 1-888-PNC-BANK (1-888-762-2265) Monday - Friday: 8 a.m. - 9 p.m. ET, Saturday & Sunday: 8 a.m. - 5 p.m. ET.



© Copyright 2010. The PNC Financial Services Group, Inc. All Rights Reserved.

# Exhibit # 13

CaseSearch                                District Court of Maryland

## Case Information        **Exhibit # 14**

Court System:      **District Court For Montgomery County - Criminal**
Location:          **Rockville**
Case Number:       **D-06-CR-22-005013**
Title:             **State of Marylandvs. XAVIER DORSEY-WARNER**
Case Type:         **Criminal - SOC - On View Arrest**
Filing Date:       **07/24/2022**
Case Status:       **Closed**
Tracking Number(s): **226337119654**

## Other Reference Numbers

Central Complaint Number: **220031827**

## Defendant Information

## Defendant

Name: **DORSEY-WARNER, XAVIER**
Race:      **Black**  Sex: **Male**  Height: **6'4"**  Weight: **180**
HairColor: **Black**  EyeColor: **Brown**
DOB:       **11/28/1987**
Address: **UNKNOWN**
City:      **ABERDEEN**  State: **MD**  Zip Code: **00000-0000**
*Attorney(s) for the Defendant*

Name:              **Public Defender, Montgomery County Circuit &amp; District**
Appearance Date: **10/11/2022**
Address Line 1:   **Rockville Office**
Address Line 2:   **191 East Jefferson Street**
City:             **ROCKVILLE**  State: **MD**  Zip Code: **20850**

## Involved Parties Information

## Plaintiff

Name: **State of Maryland**
*Attorney(s) for the Plaintiff*

Name:             **State's Attorney - Montgomery County**
Appearance Date: **07/27/2022**
Address Line 1:   **50 Maryland Avenue**
Address Line 2:   **5th Floor, North Tower**

## Officer – Arresting/Complainant

Name: **PLITT, OFC**
AgencyName: **ROCKVILLE CITY POLICE**
Address: **111 MARYLAND AVENUE**
City: **ROCKVILLE** State: **MD** Zip Code: **20850**

## Court Scheduling Information

| Event Type | Event Date | Event Time | Judge | Court Location | Court Room | Result |
|---|---|---|---|---|---|---|
| Trial | 09/08/2022 | 09:30:00 | Ferretti, Karen | Montgomery District Court – Rockville | Courtroom 411 | Postponed |
| Trial | 10/14/2022 | 08:30:00 | KOCH, SHERRI DEBRA | Montgomery District Court – Rockville | Courtroom 411 | Postponed |
| Trial | 11/15/2022 | 08:30:00 | Bills, Amy | Montgomery District Court – Rockville | Courtroom 411 | CancelledReason: Error |
| Trial | 11/15/2022 | 08:30:00 | Bills, Amy | Montgomery District Court – Rockville | Courtroom 411 | Concluded / Held |

## Charge and Disposition Information

Charge No: **1** CJIS Code: **2-2220** Statute Code: **CR.6.403**
Charge Description: **TRESPASS: PRIVATE PROPERTY** Charge Class: **Misdemeanor**
Probable Cause: **YES**
Offense Date From: **07/24/2022** To: **07/24/2022**
Agency Name: Officer ID:
*Disposition*
Plea: **Guilty** Plea Date: **11/15/2022** Judge: **Bills, Amy**
Disposition: **PBJ** Disposition Date: **11/15/2022** Judge: **AMJBI**
*Sentence*
Judge: **Bills, Amy**
*Jail*
Life: **false**
Death: **false**
Start Date: **11/15/2022**
Jail Term: Yrs: **0** Mos: **0** Days: **90** Hours: **0**
Suspended Term: Yrs: **0** Mos: **0** Days: **90** Hours: **0**

*Probation:*
Start Date: **11/15/2022**
Supervised : **true** Yrs: **0** Mos: **6** Days: **0** Hours: **0**
UnSupervised : **false** Yrs: Mos: Days: Hours:

## Bond Setting Information

Bail Date: **07/24/2022**
Bail Setting Type: **Unsecured Personal Bond**
Bail Amount: **$2,500.00**

## Bail Bond Information

| Type | Bond Amount Posted | Bond Status Date | Bond Status |
|------|--------------------|------------------|-------------|
| UPB | $2,500.00 | 11/16/2022 | Released |
| UPB | $2,500.00 | 07/24/2022 | Posted |

## Document Information

File Date: **07/24/2022**
Document Name: **Document Issued**

File Date: **07/24/2022**
Document Name: **Initial Appearance**

File Date: **07/24/2022**
Document Name: **Defendant Waived Attorney at Initial Appearance**

File Date: **07/24/2022**
Document Name: **Bond Posted**

File Date: **08/10/2022**
Document Name: **Motion/Request for Language Interpreter**

File Date: **09/06/2022**
Document Name: **Public Defender Eligible**

File Date: **09/08/2022**
Document Name: **KEYPOINT**

File Date: **09/08/2022**
Document Name: **KEYPOINT**

File Date: **09/08/2022**
Document Name: **KEYPOINT**

File Date: **09/08/2022**
Document Name: **Pre-Trial Docket Sheet**

File Date: **09/08/2022**
Document Name: **Trial / Hearing Postponement**

File Date: **09/28/2022**
Document Name: **Returned/Undeliverable Mail**

File Date: **10/11/2022**
Document Name: **Motion / Request / Demand for Discovery and Inspection**

File Date: **10/11/2022**
Document Name: **Motion / Request - For Speedy Trial**

File Date: **10/13/2022**
Document Name: **Correspondence Regarding Discovery**

File Date: **10/14/2022**

Document Name: KEYPOINT

File Date: **10/14/2022**
Document Name: **KEYPOINT**

File Date: **10/14/2022**
Document Name: **Pre-Trial Docket Sheet**

File Date: **10/14/2022**
Document Name: **Trial / Hearing Postponement**

File Date: **10/14/2022**
Document Name: **Motion/Request for Language Interpreter**

File Date: **11/15/2022**
Document Name: **KEYPOINT**

File Date: **11/15/2022**
Document Name: **KEYPOINT**

File Date: **11/15/2022**
Document Name: **Trial Docket Sheet**

File Date: **11/15/2022**
Document Name: **Defendant Trial Summary**

File Date: **11/15/2022**
Document Name: **Order - Probation/Supervision Docket**

File Date: **11/16/2022**
Document Name: **Bond Released**

File Date: **11/16/2022**
Document Name: **Waiver of Rights**

File Date: **03/27/2023**
Document Name: **Probation Report - Alleged Technical VOP 1**

File Date: **09/06/2023**
Document Name: **Returned/Undeliverable Mail**

File Date: **10/30/2023**
Document Name: **Returned/Undeliverable Mail**

File Date: **10/30/2023**
Document Name: **Returned/Undeliverable Mail**

File Date: **10/30/2023**
Document Name: **Returned/Undeliverable Mail**

*This is an electronic case record. Full case information cannot be made available either because of legal restrictions on access to case records found in Maryland Rules, or because of the practical difficulties inherent in reducing a case record into an electronic format.*

Fw: Electrical Final Inspection at 304 FREDERICK AVE ROCKVILLE MD 20850 for 2023-5519-ADD with Rockville Inspection Notification

From: lu wenkui (wenkui2001@yahoo.com)

To:     grindstonelaw@aol.com

Date:  Wednesday, January 3, 2024 at 12:38 PM EST



# Exhibit # 15

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, January 3, 2024, 12:19 PM, no-reply@mygovernmentonline.org <no-reply@mygovernmentonline.org> wrote:

**Inspection Notification**

**Jurisdiction:** Rockville

**Project Number:** 2023-5519-ADD
**Project Name:**
**Project Location:** 304 FREDERICK AVE ROCKVILLE MD 20850

**Subdivision:** 0504

**Inspection Type:** Electrical Final Inspection
**Inspection Date:** Jan 3 2024 12:14PM
**Inspection Result:** Failed
**Inspector:** Volodumyr Borus
**Inspector notes:**
See BLD notes.

Visit www.mgoconnect.org for details

Fw: Building Final Inspection at 304 FREDERICK AVE ROCKVILLE MD 20850 for 2023-5519-ADD with Rockville Inspection Notification

From: lu wenkui (wenkui2001@yahoo.com)

To: grindstonelaw@aol.com

Date: Wednesday, January 3, 2024 at 12:38 PM EST

**Exhibit # 16**

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, January 3, 2024, 12:18 PM, no-reply@mygovernmentonline.org <no-reply@mygovernmentonline.org> wrote:

**Inspection Notification**

**Jurisdiction:** Rockville

**Project Number:** 2023-5519-ADD
**Project Name:**
**Project Location:** 304 FREDERICK AVE ROCKVILLE MD 20850

**Subdivision:** 0504

**Inspection Type:** Building Final Inspection
**Inspection Date:** Jan 3 2024 11:47AM
**Inspection Result:** Failed
**Inspector:** Volodumyr Borus
**Inspector notes:**
Did not have water in the shower areas for inspection. First floor bathrooms GFCI incorrect wiring. Also, toilets need to be secured. Electric penal need to be labeled and have proper backers for the appliances. Washer and dyer need to be connected. Water heather need valves, proper vent pipe and discharge pipe need to be installed. Kitchen need to be on AFCI/GFCI protection including dish washer and garbage dispenser. Second floor bathroom GFCI incorrect wiring. Heat pump in the attic need to have walking area for service. Note; Smoke detectors were ok!

Visit www.mgoconnect.org for details

## Fw: Plumbing Final Inspection at 304 FREDERICK AVE ROCKVILLE MD 20850 for 2023-5519-ADD with Rockville Inspection Notification

From:  lu wenkui (wenkui2001@yahoo.com)

To:  grindstonelaw@aol.com

Date:  Wednesday, January 3, 2024 at 12:39 PM EST



# Exhibit # 17

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, January 3, 2024, 12:19 PM, no-reply@mygovernmentonline.org wrote:

**Inspection Notification**

**Jurisdiction:** Rockville

**Project Number:** 2023-5519-ADD
**Project Name:**
**Project Location:** 304 FREDERICK AVE ROCKVILLE MD 20850

**Subdivision:** 0504

**Inspection Type:** Plumbing Final Inspection
**Inspection Date:** Jan 3 2024 12:16PM
**Inspection Result:** Failed
**Inspector:** Volodumyr Borus
**Inspector notes:**
See BLD notes.

Visit www.mgoconnect.org **for details**

Fw: Mechanical Final Inspection at 304 FREDERICK AVE ROCKVILLE MD 20850 for 2023-5519-ADD with Rockville Inspection Notification

From:   lu wenkui (wenkui2001@yahoo.com)

To:     grindstonelaw@aol.com

Date:   Wednesday, January 3, 2024 at 12:38 PM EST



# Exhibit # 18

Sent from Yahoo Mail for iPhone

Begin forwarded message:

On Wednesday, January 3, 2024, 12:19 PM, no-reply@mygovernmentonline.org <no-reply@mygovernmentonline.org> wrote:

**Inspection Notification**

**Jurisdiction:** Rockville

**Project Number:** 2023-5519-ADD
**Project Name:**
**Project Location:** 304 FREDERICK AVE ROCKVILLE MD 20850

**Subdivision:** 0504

**Inspection Type:** Mechanical Final Inspection
**Inspection Date:** Jan 3 2024 12:15PM
**Inspection Result:** Failed
**Inspector:** Volodumyr Borus
**Inspector notes:**
See BLD notes.

Visit www.mgoconnect.org **for details**