United States District Court
For the District of Maryland

Yeat Peng Tan
1301 7th Street, N.W., Apt. 507
Washington, D.C. 20001

    Plaintiff

v.  :  8:24-cv-000051-LKG

JD Construction Property Management Corp.
8456 Lanier Overlook Ct.
Bristol, Virginia 20136.

    And

Zen Partners Construction Corp.
2513 Bailey's Pond Dr.
Accokeek, Maryland 20607

    Defendants

## OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Comes now Yeat Peng Tan, Plaintiff, by and through undersigned counsel, and opposes the Defendants' motion to dismiss, on the grounds hereinafter stated:

1. The Defendants filed a motion to dismiss, Plaintiff's case, on: August 20, 2024. Plaintiff filed an amended complaint on: September 1, 2024, pursuant to Federal Rule of Civil Procedure 15 (a)(B). When an amended complaint is filed, it controls the pleadings filed thereafter. **Washer v. Bullitt Company,** 110 U.S. 558, 562 (1884).

2. The Defendants motion to dismiss must denied as moot. **Id**.

**WHEREFORE THE PREMISES CONSIDERED**, the Plaintiff prays that the motion to dismiss be denied as moot.

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, Esq.
Counsel for the Plaintiff
District of Columbia Bar # 377091
7600 Georgia Avenue, N.W., Suite 203
Washington, D.C. 20012
202-223-4470 phone, 202-726-9060 fax
Email: grindstonelaw@aol.com

**CERTIFICATE OF SERVICE**

I certify that a copy of the Plaintiff's opposition, to the Defendants' motion to dismiss was emailed to: Eric J. Menhart, Counsel for the Defendants, on this 1st day of September 2024, via this court's electronic email system.

*s/s Wendell C. Robinson*