**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| YEAT PENG TAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-cv-00051-LKG |
| v. ) | |
| ) | Dated: April 10, 2025 |
| ZEN PARTNERS CONSTRUCTION ) | |
| CORP., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ORDER**

On September 16, 2025, the Defendants filed a motion to dismiss or, in the alternative, to stay proceedings and compel arbitration upon the grounds that, among other things, the Plaintiff's claims are subject to a binding arbitration agreement. *See* ECF No. 32. To support this argument, the Defendants cite to a General Contractor Agreement that has been filed as an attachment to the original complaint. *See* ECF No. 1-1. But the cited General Contractor Agreement is not signed by any of the parties. *Id.*

In light of the foregoing, the Court **DIRECTS** the Defendants to **FILE** any signed version of the General Contractor Agreement **on or before April 14, 2025.**

**IT IS SO ORDERED.**

s/Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge